UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA AGUIRRE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00866-MMA-KSC<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER |

On March 20, 2020 Plaintiff Nadia Aguirre and Defendant The Hertz Corporation (collectively, the "Parties") submitted a joint motion to modify the Court's Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 12) and the Court's February 5, 2020 Minute Order continuing the Mandatory Settlement Conference date to June 4, 2020 (Dkt. No. 17) (collectively "Scheduling Order"). Having considered the Parties' joint motion to modify the Scheduling Order, and good cause appearing, IT IS HEREBY ORDERED:

1. All remaining deadlines in the Court's September 27, 2019 Scheduling Order shall be continued 60 days from the date indicated on the Scheduling Order. Accordingly, the deadlines will be amended as follows:

- Fact Discovery Cutoff: May 26, 2020;
- Rule 26(a)(2)(A) and (B) Disclosures: June 2, 2020;
- Supplemental Disclosures: June 30, 2020;
- MSC Briefs: July 27, 2020;
- Expert Discovery Cutoff: July 28, 2020; and
- MSJ/Dispositive Motion Cutoff: August 25, 2020.

2. Additionally, the Mandatory Settlement Conference on June 4, 2020 at 2:30 p.m. is continued to August 3, 2020 at 2:00 p.m. Confidential Settlement Briefs shall be lodged by July 27, 2020.

3. The Court's Scheduling Order shall remain unmodified in all other respects, and other than as specifically modified in this order, the Court's Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 12) shall remain in effect.

**IT IS SO ORDERED.**

Dated: March 24, 2020

Hon. Karen S. Crawford
United States Magistrate Judge

2          Case No.: 3:19-cv-00866-MMA-KSC

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER