# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA AGUIRRE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00866-MMA-KSC<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>[DOC. NO. 20] |

On May 19, 2020 Plaintiff Nadia Aguirre and Defendant The Hertz Corporation (collectively, the "Parties") submitted a joint motion to modify the Court's Scheduling Order deadlines. Having considered the Parties' joint motion to modify the Scheduling Order, and good cause appearing, IT IS HEREBY ORDERED:

1. The Scheduling Order deadlines are be amended as follows:
   - Fact Discovery Cutoff: June 26, 2020;
   - Rule 26(a)(2)(A) and (B) Disclosures:  July 2, 2020;
   - Supplemental Disclosures:  July 30, 2020;
   - MSC Briefs:  August 26, 2020;
   - Expert Discovery Cutoff:  August 28, 2020; and
   - MSJ/Dispositive Motion Cutoff:  September 25, 2020.

2. Additionally, the Mandatory Settlement Conference on August 3, 2020 at 2:00 p.m. is continued to September 2, 2020 at 9:30 a.m.

3. The Court's Scheduling Order shall remain unmodified in all other respects.

**IT IS SO ORDERED.**

Dated:  May 22, 2020

Hon. Karen S. Crawford
United States Magistrate Judge